# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

150298

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

_____

*In re* Contempt of KELLY MICHELLE DORSEY.
_____

PEOPLE OF THE STATE OF MICHIGAN,
          Petitioner-Appellee,

v

TYLER MICHAEL DORSEY,
          Respondent,

and

KELLY MICHELLE DORSEY,
          Appellant.

SC: 150298
COA: 309269
Livingston CC Family Division:
08-012596-DL

_____/

By order of September 30, 2015, we directed the Clerk to schedule oral argument on whether to grant the application or take other action. On the Court's own motion, we VACATE our order of September 30, 2015. The application for leave to appeal the September 9, 2014 judgment of the Court of Appeals is again considered and, it now appears to this Court that the case of *In re Jones* (Docket No. 152595) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015

Clerk

p1222